

# THE THIRTEENTH COURT OF APPEALS

13-19-00351-CV

Charlotte Wilson
v.
Bay Harbor Channel Owners Association, Inc.

On Appeal from the
156th District Court of San Patricio County, Texas
Trial Cause No. S-19-5107CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Charolette Wilson.

We further order this decision certified below for observance.

September 19, 2019